# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| GREATER KANSAS CITY LABORERS PENSION FUND, a Trust Fund, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ELGIN JANITORIAL, L.L.C., and MILLENNIUM JANITORIAL SERVICE, L.L.C. <br><br> Defendants. | Case No. 03-0506-CV-W-FJG |

## ORDER

Defendants, Elgin Janitorial, L.L.C., and Millennium Janitorial Service, L.L.C., filed a Consent to Judgment (Doc. No. 38) in which defendants consent to entry of judgment jointly and severally, in favor of plaintiffs and against said defendants.

Therefore, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiffs have and recover from defendants Elgin Janitorial, L.L.C., and Millennium Janitorial Service, L.L.C., jointly and severally, the amount of **FIVE THOUSAND FOUR HUNDRED THIRTY-FIVE AND 87/100 ($5,435.87) DOLLARS**. Plaintiffs' motion for enforcement of the settlement agreement (Doc. No. 31) is **DENIED AS MOOT.**

**IT IS SO ORDERED.**

Dated: __August 23, 2005
Kansas City, Missouri

/s/ Fernando J. Gaitan, Jr.
Fernando J. Gaitan, Jr.
United States District Judge